IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RONALD SATISH EMRIT**                                                                 **PLAINTIFF**

v.                          **CASE NO. 4:25-CV-01169-BSM**

**ERIN BURNETT,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE